**IN THE UNITED STATES CIRCUIT COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

**CASE NO. 13-11880-CC**

---

**MARICARMEN CARDENAS GONZALEZ,**

**Petitioner/Appellant,**

**v.**

**PRINCESS CRUISE LINES, LTD.,a Bermuda Company**

**Respondent/ Appellee.**

**ON APPEAL FROM THE DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, CASE NO. 13-cv-60225-ROSENBAUM**

---

# MOTION TO DISMISS APPEAL PURSUANT TO F.R.A.P. 42(b)

---

**CARLOS F. LLINAS NEGRET**
**LIPCON, MARGULIES,**
**ALSINA & WINKLEMAN, P.A.**
***Attorneys for Plaintiff/Appellant***
**One Biscayne Tower, Suite 1776**
**2 South Biscayne Boulevard**
**Miami, Florida 33131**
**Telephone (305) 373-3016**
**Facsimile (305) 373-6204**

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The undersigned counsel of record for Appellant, in compliance with FRAP 26.1 and 11th Cir. R. 26.1-1, certifies that the following listed persons, parties, and corporations have an interest in the outcome of this appeal.

Maricarmen Cardenas Gonzalez

Charles R. Lipcon, Esquire

Jason R. Margulies, Esquire

Richard Alsina, Esquire

Michael A. Winkleman, Esquire

Carlos F. Llinás Negret, Esquire

Eric C. Morales, Esquire

Lipcon, Margulies, Alsina & Winkleman, P.A.

Princess Cruises Lines, Ltd.

Jerry D. Hamilton, Esquire

Gilda M. Chavez, Esquire

Hamilton, Miller & Birthisel, LLP

Honorable Judge Robin S. Rosenbaum

**MOTION TO DISMISS APPEAL PURSUANT TO F.R.A.P. 42(b)**

Appellant, Maricarmen Gonzalez Cardenas, by and through her undersigned counsel, and pursuant to F.R.A.P. 42(b), hereby requests the Circuit Clerk to dismiss this appeal, with each party bearing its own costs, and in support states as follows:

1. Based on the parties' settlement of this matter, the parties have agreed to dismiss this appeal with prejudice.

WHEREFORE, Appellant requests, pursuant to F.R.A.P. 42(b), for entry of an order dismissing this appeal.

Respectfully submitted,

CARLOS F. LLINAS NEGRET
LIPCON, MARGULIES,
ALSINA & WINKLEMAN, P.A.
*Attorneys for Plaintiff/Appellant*
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone (305) 373-3016

By: *s/Carlos F. Llinás Negret*
Carlos F. Llinás Negret
Florida Bar No. 73545

**CERTIFICATE OF SERVICE**

I hereby certify that on this 01 day of July, 2013, the foregoing document is being served on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified.

_*s/Carlos F. Llinás Negret*__
Carlos F. Llinás Negret

**SERVICE LIST**

*Cardenas Gonzalez v. Princess Cruise Lines, Ltd.*
*Case No.: 13-cv-60225-RSR*
*United States District Court, Southern District of Florida*

**Jerry D. Hamilton, Esq.**
Florida Bar No. 970700
Email: jhamilton@hamiltonmillerlaw.com
**Gilda M. Chavez, Esq.**
Florida Bar No. 973173
Email; gchavez@hamiltonmillerlaw.com
Hamilton, Miller & Birthisel, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
*Attorneys for Defendants*

**Jason R. Margulies, Esq.**
Florida Bar No.: 57916
Jmargulies@lipcon.com
**Michael A. Winkleman, Esq.**
Florida Bar No.: 36719
mwinkleman@lipcon.com
Lipcon, Margulies, Alsina
& Winkleman, P.A.
Suite 1776, One Biscayne Tower
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-3016
Facsimile: (305) 373-6204
*Counsel for Plaintiff*